IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| RICHARD J. DALY, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| v. | ) | Case No. CIV-15-448-D |
| JUSTIN JONES, ODOC Director, | ) | |
| Respondent. | ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on May 1, 2015. Judge Mitchell recommends the denial of Petitioner's motion for leave to proceed *in forma pauperis* (IFP) because he has sufficient financial resources to pay the $5.00 filing fee for his Petition. Petitioner has not filed a timely objection but, instead, has sent letters reflecting his efforts to remit the required fee from his institutional account. Because Petitioner does not object to the recommendation that his IFP motion be denied, the Court finds that Petitioner has waived further review of the issues addressed in the Report.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 6] is ADOPTED, and Petitioner's IFP motion [Doc. No. 2] is DENIED. Petitioner shall pay the $5.00 filing fee, or show cause for nonpayment, within 20 days from the date of this Order.

IT IS SO ORDERED this 5th day of June, 2015.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE